AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
JAN 28 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ____ DEPUTY CLERK

**UNITED STATES OF AMERICA**
V.
Domingo PASCUAL-Domingo

**CRIMINAL COMPLAINT**

Case Number: EP-26-M-502-RFC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **1/26/2026** in **El Paso** County, in the **Western District Of Texas** defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The DEFENDANT, Domingo PASCUAL-Domingo, an alien to the United States and a citizen of Guatemala was found approximately 7.2 miles east of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Guatemala on January 17, 2026 through Phoenix, AZ. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Oath Telephonically Sworn
At **12:58** PM
Fed.R.Crim.P.4.1(b)(2)(A)

Signature of Complainant

Alejandro Portillo
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

1/28/2026                                    at    El Paso, TX
Date                                                City/State

Robert F. Castaneda        U.S. Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Domingo PASCUAL-Domingo

PEPT# PEPT260101521

01/28/2026

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been deported 1 time(s), the last one being to GUATEMALA on January 17, 2026, through PHOENIX, AZ

Criminal History:
04/17/2024, San Diego, CA, DUI Alcohol(M), CNV, 90 days jail, 5 yr Prob. .